# DENIED
## BY ORDER OF THE COURT

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MARYAM BURCHAM, on Behalf of Herself and All Others Similarly Situated,<br>　　　　　Plaintiff,<br>v.<br>WELCH FOODS, INC.,<br>　　　　　Defendant.<br>_____<br>CONSOLIDATED WITH<br>_____<br>SEAN P. COURTNEY,<br>　　　　　Plaintiff,<br>v.<br>WELCH FOODS, INC., et al.,<br>　　　　　Defendants. | Case Nos. CV 09-05946 AHM (AGRx) consolidated with<br>SA CV10-01427-AHM (AGRx)*<br><br>PUTATIVE CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT *EX PARTE* APPLICATION TO SHORTEN TIME ON PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Honorable A. Howard Matz |

*LA 129328856 v1 115535.010300*

1 | The Parties have applied *ex parte* for an order shortening time on the concurrently
2 | filed Motion for Preliminary Approval of Class Action Settlement.
3 | The Court having reviewed the relevant papers and pleadings submitted in support
4 | of and in opposition to the application, and good cause appearing,
5 | **IT IS ORDERED THAT:**
6 | The Motion for Preliminary Approval of Class Action Settlement shall be heard on
7 | shortened time on _____, 2011
8 | **IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

10 | DATED: February 7, 2011       By:_____
                                    The Honorable A. Howard Matz
                                    United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

LA 129328856 v1 115535.010300